**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>STEREOGUM MEDIA, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No. 1:26-cv-758<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff August Image, LLC ("August") hereby prays for relief from this Court, as follows:

## JURISDICTION AND VENUE

1.      This action arises under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

2.      This Court has federal question jurisdiction under 28 U.S.C. §§ 1331, 1338(a)-(b).

3.      Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) because this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

## PARTIES

4.      August is a New York limited liability company with its principal place of business located in New York, NY. August, a full-service rights managed collection, represents an elite group of portrait, lifestyle, beauty, and fashion photographers for editorial and commercial licensing.

5.      Upon information and belief, Defendant Stereogum Media, LLC is a Delaware limited liability company with a principal place of business located at 276 5th Avenue, 8th Floor, New York, NY 10001.

6.      Stereogum owns, operates, and/or controls the commercial website stereogum.com and its related/affiliated subdomains, mobile websites, applications, and social media pages (collectively, "Defendants' Website").

7.      Upon information and belief, Defendants Does 1-10 are other parties not yet identified who have infringed August's copyrights. The true names, whether corporate, individual, or otherwise, of Defendants Does 1-10 are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when the same have been ascertained.

8.      Upon information and belief, at all relevant times, each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants, and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment; and actively participated in, subsequently ratified, and/or adopted each of the acts or conduct alleged, with full knowledge of each violation of August's rights and the damages to August proximately caused thereby.

## DEFENDANTS' UNAUTHORIZED EXPLOITATION OF THE SUBJECT PHOTOGRAPHS

9.      August is the exclusive licensing agent and syndicator for the five original photographs registered with the U.S. Copyright Office that are asserted in this case (the "Subject Photographs") and for the photographers who created them (the "Photographers").

10.     As the exclusive licensing agent and syndicator for the Subject Photographs, August owns exclusive reproduction, distribution, and display rights in the Subject Photographs and therefore has standing to maintain this action under 17 U.S.C. § 501(b).

11.      Each of the Photographers who created the Subject Photographs executed written agreements with August confirming August as the exclusive licensing agent and syndicator and owner of exclusive reproduction, distribution, and display rights in the Subject Photographs.

12.      Following the publication and display of the Subject Photographs, Defendants, and each of them, copied, reproduced, displayed, and/or distributed the Subject Photographs for commercial purposes, including on Defendants' Website, without August's authorization.

/ / /

/ / /

| | Subject Photographs | Unauthorized Copies |
|---|---|---|
| 1. |  | |



AU1183186

https://static.stereogum.com/uploads/2011/10/princes_bride_reunion_sm.jpg

https://www.stereogum.com/1761200/here-is-the-reunited-cast-of-the-princess-bride-ladies/videogum/

2.



AU1286763

| | Subject Photographs | Unauthorized Copies |
|---|---|---|
| | | https://static.stereogum.com/uploads/2012/10/AD-compressed.jpeg<br><br>https://static.stereogum.com/uploads/2012/10/AD.jpeg<br><br>https://www.stereogum.com/1751981/here-are-some-afternoon-links-330/videogum/ |

| Subject Photographs | Unauthorized Copies |
|---|---|
| 3.  | |

AU195723

https://static.stereogum.com/uploads/2011/12/americanpsychoremake.jpg

https://www.stereogum.com/1759548/american-psycho-is-finally-getting-the-remake-it-deserves/videogum/

| 4. |  |

AU2164779

| | Subject Photographs | Unauthorized Copies |
|---|---|---|
| | |
https://static.stereogum.com/uploads/2012/04/kurt15.jpg

https://static.stereogum.com/uploads/2012/04/kurt15-300x375.jpg
https://stereogum.com/994232/what-would-kurt-cobain-be-up-to-in-2012/photo/

https://stereogum.com/994232/what-would-kurt-cobain-be-up-to-in-2012/photo/comment-page-1/ |

COMPLAINT

| Subject Photographs | Unauthorized Copies |
|---|---|
| 5. <br>  |  |

13.    To the extent Defendants exploited the Subject Photographs on Defendants'

Website more than three years before the filing of this case, August did not know, and had no

reason to know, of such exploitation(s).

## FIRST CLAIM FOR RELIEF

### (For Copyright Infringement – Against All Defendants, and Each)

14.    Plaintiff incorporates by reference the allegations contained in the preceding

paragraphs.

15.    Upon information and belief, Defendants, and each of them, accessed the Subject

Photographs, including without limitation by viewing the Subject Photographs on and/or through

Plaintiff's and/or the Photographers' websites, social media pages, profiles, exhibitions,

galleries, and/or authorized licensees; third-party websites or Internet search engines; and/or

because the copies at issue are verbatim copies of, and thus strikingly similar to, the Subject

Photographs.

16.    Upon information and belief, Defendants, and each of them, copied, reproduced,

displayed, and/or distributed the Subject Photographs for commercial purposes on Defendants'

Website without August's authorization.

17.    Due to Defendants' acts of infringement, Plaintiff has suffered damages in an

amount to be established at trial.

18.    Due to Defendants' acts of infringement, Defendants, and each of them, have

obtained profits they would not have realized but for their infringement. As such, August is

entitled to disgorgement of Defendants' profits attributable to Defendants' infringement in an

amount to be established at trial.

19.    Upon information and belief, Defendants, and each of them, committed acts of

copyright infringement, as alleged above, with actual or constructive knowledge of, and/or

reckless disregard or willful blindness to, August's rights in the Subject Photographs, which renders Defendants' acts of infringement willful.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

(a) That Defendants, each of them, their respective agents, and/or anyone else working on behalf of or in concert with Defendants or their respective agents, be enjoined from further exploiting the Subject Photographs for commercial purposes in any manner without Plaintiff's authorization absent some independent legal right;

(b) That Plaintiff be awarded all Defendants' profits, and all Plaintiff's losses, attributable to Defendants' infringement, the exact sum to be proven at the time of trial; or alternatively, if elected, statutory damages as available under 17 U.S.C. § 504;

(c) That Plaintiff be awarded its fees as available under 17 U.S.C. § 505;

(d) That Plaintiff be awarded pre-judgment interest as allowed by law;

(e) That Plaintiff be awarded the costs of this action; and

(f) That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

/ / /

/ / /

## **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the

7th Amendment to the United States Constitution.


Dated:      January 28, 2026                              Respectfully submitted,
            New York, New York

                                                         DONIGER / BURROUGHS

                                             By:    _/s/ David M.S. Jenkins_
                                                    David M.S. Jenkins, Esq.
                                                    247 Water Street, First Floor
                                                    New York, NY 10038
                                                    (310) 590-1820
                                                    djenkins@donigerlawfirm.com
                                                    _Attorneys for Plaintiff_