

Attorneys admitted in
California, New York,
Texas, Pennsylvania,
Maine, and District of Columbia

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

June 26, 2026

**DELIVERED VIA ECF**

Hon. Jeannette A. Vargas
United States Courthouse
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

|  |  |
|---|---|
| **Case Title:** | ***August Image, LLC v. Stereogum Media, LLC*** |
| **Case Number:** | **1:26-cv-00758-JAV** |
| **Re:** | **Notice of Settlement** |

Your Honor:

This office represents Plaintiff August Image, LLC in the above-referenced action. We write to advise the court of the status of the case and provide notice that the parties have reached a settlement in principle as to all claims at issue in this action. We are in the process of formalizing a final settlement agreement and believe that the case will be ready for dismissal within sixty (60) days.

In light of the foregoing, Plaintiff respectfully requests that the Court vacate all current hearing dates and deadlines and provide the parties' sixty (60) days to complete the settlement process and file the appropriate dismissal. Defendant consents in this request.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: /s/ David M.S. Jenkins
David M.S. Jenkins, Esq.
*Attorney for the Plaintiff*

**SO ORDERED.**

**Date:** _____, 2026      By: _____
Hon. Jeannette A. Vargas

1